MATTHEW M. PROUDFOOT (SBN 155988)
**GATES, GONTER, GUY, PROUDFOOT & MUENCH, LLP**
38 Discovery, Suite 200
Irvine, California 92618
Telephone: (949) 753-0255
Facsimile: (949) 753-0265

Attorneys for Defendant, FORD MOTOR COMPANY

JS-6

DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiffs, MAYNOR RIOS & KATIRIA GALBAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MAYNOR RIOS, an individual;
KATIRIA GALBAN, an individual,

     Plaintiff,

vs.

FORD MOTOR COMPANY, a
Delaware Corporation; and DOES 1
through 20, inclusive

     Defendants.

) Case No:2:20−cv−07101−RSWL−AGRx
) Dist. Judge Ronald S. W. Lew
) Mag. Judge Alicia G. Rosenberg
) Courtroom:
)
)
)
)
) **[PROPOSED] ORDER ON JOINT**
) **STIPULATION TO DISMISS CASE**
) **WITH PREJUDICE**
)
)
)
)

  The Court has reviewed the Joint Stipulation for Order Dismissing the Action with Prejudice, and hereby orders as follows:

  The parties have stipulated that the action should be dismissed with prejudice. Accordingly, the entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

  **IT IS SO ORDERED.**

DATED:  February 25, 2021  By: **/S/ RONALD S.W. LEW**

          Honorable Ronald S.W. Lew

1